**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CASE NO. 1:25-CV-00003-FDW**

| | | |
|---|---|---|
| **KEVIN HUSKEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the "Motion For Admission *Pro Hac Vice* and Affidavit," (Doc. No. 3), filed by Local Counsel Lindsay Osterhout on January 7, 2025.

Applicant Jennifer Dunn seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS THEREFORE ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*," (Doc. No. 3), is **GRANTED**. Jennifer Dunn is hereby admitted *pro hac vice* to represent Plaintiff.

**IT IS SO ORDERED**.

Signed: January 7, 2025

Frank D. Whitney
Senior United States District Judge